# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-9055-AG(GJSx) | Date | June 26, 2017 |
| Title | JOE H RODRIGUEZ, ET AL v TTM TECHNOLOGIES, INC | | |

| | |
|---|---|
| Present: The Honorable | ANDREW J. GUILFORD, U.S. District Judge |

| | |
|---|---|
| Lisa Bredahl | Miriam Baird |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Alexandria Kachadoorian | Carmen Cole |
| Justin Kachadoorian | |

**Proceedings:**   1. SCHEDULING CONFERENCE

    2. DEFENDANT TTM TECHNOLOGIES, INC'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND STAY PROCEEDINGS OR, IN THE ALTERNATIVE, MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) [DKT 15]

Cause is called for hearing and counsel make their appearances. Court and counsel confer. The Court orders this case STAYED pending the Supreme Court's ruling on the *Morris* case. A Status Conference re: stay is set for September 25, 2017 at 9:00 a.m. The scheduling conference and motion are VACATED at this time.

                                                                             : 05

Initials of Preparer   lmb