UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE H. RODRIGUEZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TTM TECHNOLOGIES, Inc., a Delaware corporation,<br><br>Defendant. | Case No.: 2:16-cv-09055-AG-DFM<br><br>**ORDER ON STIPULATION OF DISMISSAL OF ACTION**<br><br>Judge: Hon. Andrew J. Guilford<br><br>Complaint Filed: December 6, 2016 |

The Joint Stipulation of Dismissal of Action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure by Plaintiff, Joe H. Rodriguez ("Plaintiff"), and Defendant, TTM Technologies, Inc. ("Defendant"), was filed with the Court on February 14, 2019.

Having read and considered the Stipulation, the Court ORDERS that the individual claims in the case are all dismissed with prejudice and that all purported claims on behalf of any class or on behalf of similarly aggrieved employees are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: February 15, 2019.

_____
Honorable Andrew J. Guilford
United States District Court Judge